## DUDLEY vs. HORN AND WIFE.

1. Words spoken by defendant of and concerning plaintiff, charging him with having beaten his wife so that he made her miscarry, are not actionable; they do not, of themselves, and without an innuendo, amount to more than a charge that plaintiff committed an assault and battery on his wife.

ERROR to the Circuit Court of Russell.
Tried before the Hon. ROBERT DOUGHERTY.

This was an action of slander, brought by the plaintiff against the defendants in error, for words spoken.   The court below sustained a demurrer to the declaration, and this is now assigned for error.

S. F. RICE, for plaintiff in error.
J. E. BELSER, contra.

GOLDTHWAITE, J.—The declaration alleges, that Elizabeth Horn, wife of Michael Horn, falsely and maliciously charged the plaintiff in error with beating his wife, so that he made her miscarry, and contains no innuendo explanatory of the words.   The ruling of the court below, in sustaining a demurrer to this declaration, is the point presented by the assignment of errors.

The words charged in the declaration do not, of themselves, and without any innuendo, amount to more than a charge that the plaintiff had committed an assault and battery on his wife.   The speaking of such words is not actionable. Skinner v. White, 1 Dev. & Bat. 473; Andres v. Koppenheafer, 4 S. & R. 261.

The judgment is affirmed.